# TUSA P.C.
### ATTORNEYS AND COUNSELORS AT LAW
www.tusalawfirm.com

| | |
|---|---|
| **1979 Marcus Avenue, Ste. 210** | **33 West 19th Street, 4th Floor** |
| Lake Success, NY 11042 | New York, NY 10011 |
| Telephone: (516) 622-2212 | Telephone: (212) 400-7100 |
| Facsimile: (516) 706-1373 | Facsimile: (516) 706-1373 |

**Joseph S. Tusa**
Attorney at Law
joseph.tusapc@gmail.com

December 18, 2013

**BY ECF FILING AND FIRST CLASS MAIL**

Hon. I. Leo Glasser
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Baranski v. NCO Financial Systems, Inc.*, Case No. 13-cv-06349-ILG-JMA

Dear Judge Glasser:

      Pursuant to Your Honor's Individual Rule IV.B, permitting the parties to arrange their own briefing schedule, I write to advise the Court of the briefing schedule to which the parties have agreed pertaining to Defendant NCO Financial Systems, Inc.'s ("Defendant") Motion to Sever, Dismiss and/or Transfer Venue filed on December 11, 2013 (ECF No. 6).  The parties agree:

- Plaintiffs' Opposition brief will be filed no later than January 17, 2014; and

- Defendant's Reply brief will be filed no later than February 7, 2014.

      If Your Honor has any concerns, please contact any counsel of record in this matter.

                                                      Respectfully yours,

                                                      Joseph S. Tusa

cc:  Counsel of Record (by ECF Filing)